

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00756-CR

George Kirk **PRENDERGAST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR11-1108
The Honorable Spencer W. Brown, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 10, 2013.

Catherine Stone, Chief Justice